1 [*COUNSEL INFORMATION LISTED
  ON SIGNATURE PAGES*]

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **NORTHERN DISTRICT OF CALIFORNIA**

9

10

11 KIMBERLY NEGRON, on behalf of herself and )   Case No.:  4:21-cv-00801-HSG
   all others similarly situated,              )

12                                             )   **JOINT STIPULATION AND**
                                               )   **[PROPOSED] ORDER REGARDING**
13              Plaintiff,                      )   **COMPLAINT RESPONSE**
                                               )   **DEADLINES**
14 v.                                          )
                                               )
15 GOOGLE LLC,                                 )
                                               )
16              Defendant.                      )
                                               )
17                                             )

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 6-1(a), Plaintiff Kimberly Negron and Defendant Google LLC

2  stipulate as follows:

3    WHEREAS, pursuant to the  Waiver of the Service of Summons dated February 5, 2021,

4  Defendant's deadline to answer or otherwise respond to the complaint filed in Case No. 4:21-cv-

5  00801-HSG (the Negron Complaint") is April 6, 2021 (ECF No. 17);

6    WHEREAS, on February 9, 2021, Plaintiff filed an Unopposed Administrative Motion to

7  Consider Whether *Negron v. Google LLC* Should Be Related to Certain Google Litigation Pending

8  Before Judge Freeman *In re Google Digital Advertising Antitrust Litigation*, Case No. 5:20-cv-

9  03556-BLF (ECF No. 88);

10    WHEREAS, on February 16, 2021, defendants filed a Statement in Support of Plaintiff's

11  Unopposed Administrative Motion to Consider Whether Cases Should be Related. (*In re Google*

12  *Digital Advertising Antitrust Litigation*, Case No. 5:20-cv-03556-BLF (ECF No. 94));

13    WHEREAS, on March 2, 2021, Judge Freeman issued a Related Case Order denying

14  Plaintiff's administrative motion (*In re Google Digital Advertising Antitrust Litigation*, Case No.

15  5:20-cv-03556-BLF (ECF No. 108) ("Google Digital" Action));

16    WHEREAS, although ruled unrelated, the allegations and the time periods of the cases

17  overlap considerably, and the parties have discussed the time and cost saving advantages of

18  seeking to align certain pre-trial procedures in  the "Publishers" Antitrust litigation (Case No. 5:20-

19  cv-08984-BLF) ("Publishers" Action) and the Google Digital Action with the Negron Action

20  before this Court;

21    WHEREAS, these discussions will take a few more weeks to determine if they can result

22  in a proposal to be placed before this Court and before Judge Freeman;

23    WHEREAS, the amended complaint in the Publishers Action is currently due to be filed

24  on April 5, 2021 with the defendants' response to that complaint due 60 days thereafter;

25    WHEREAS, the parties agree this stipulation will not alter the dates set in the Order Setting

26  Initial Case Management Conference and ADR Deadlines in Case No. 4:21-cv-00801-HSG (ECF

27  No. 4) or Order Reassigning Case in Case No. 4:21-cv-00801-HSG (ECF No. 12);

28

1    WHEREAS, the date of the initial case management conference remains May 6, 2021 at

2    10 AM PT;

3    WHEREAS, the parties will confer on the dates for initial disclosures, early settlement,

4    ADR process selection, discovery plan, and the Rule 26(f) report and objections, and these dates

5    will be addressed at the aforementioned case management conference; and

6    NOW THEREFORE, pursuant to Civil Local Rule 6-1(a), the parties through their

7    respective counsel hereby stipulate as follows:

8    Defendant's deadline to answer or otherwise respond to the complaint filed in Case No.

9    4:21-cv-00801-HSG is extended to June 4, 2021;

10    Plaintiff's deadline to respond to any motion to dismiss is August 3, 2021; and

11    Defendant's deadline to reply to any response is September 3, 2021.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **IT IS SO STIPULATED.**

2    Dated: March 19, 2021                    Respectfully submitted,

3                                             **ISQUITH LAW**

4                                             */s/ Fred T. Isquith, Jr.*
5                                             Fred T. Isquith, Jr. ( *admitted pro hac vice*)
                                              220 East 80th Street
6                                             New York, NY 10075
                                              Telephone: (607) 277-6513
7                                             Email: isquithlaw@gmail.com

8                                             **ZWERLING, SCHACHTER & ZWERLING, LLP**
9
                                              */s/ Fred T. Isquith, Sr.*
10                                            Fred T. Isquith, Sr. (*pro hac vice* forthcoming)
                                              Robert S. Schachter (*admitted pro hac vice*)
11                                            Sona R. Shah (*pro hac vice* forthcoming)
                                              41 Madison Avenue, 32nd Floor
12                                            New York, NY 10010
                                              Telephone: (212) 223-3900
13                                            Facsimile: (212) 371-5969
                                              Email: ftisquith@zsz.com
14                                            Email: rschachter@zsz.com
                                              Email: sshah@zsz.com
15
16
                                              - and-
17
                                              Dan Drachler (*pro hac vice* forthcoming)
18                                            Henry Avery (*pro hac vice* forthcoming)
                                              1904 Third Avenue, Suite 1030
19                                            Seattle, WA 98101
                                              Telephone: (206) 223-2053
20                                            Facsimile: (206) 343-9636
                                              Email: ddrachler@zsz.com
21                                            Email: havery@zsz.com
22
23                                            **CERA LLP**

24                                            */s/ Pamela A. Markert*
                                              Pamela A. Markert, SBN 203780
25                                            Solomon B. Cera, SBN 099467
                                              595 Market St. Suite 1350
26                                            San Francisco, CA 94105
                                              Telephone: (415) 777-2230
27                                            Facsimile: (415) 777-5189
                                              Email: pmarkert@cerallp.com
28                                            Email: scera@cerallp.com

JOINT STIPULATION AND [PROPOSED]          -3-          CASE NO.: 4:21-CV-00801-HSG
ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**VITA LAW OFFICES, P.C.**

*/s/ Richard Vita*
Richard Vita (*pro hac vice* forthcoming)
100 State Street, Suite 900
Boston, MA 02109
Telephone: (617) 426-6566
Email: rjv@vitalaw.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.**

*/s/ Kate M. Baxter-Kauf*
Kate M. Baxter Kauf (*admitted pro hac vice*)
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401-2159
Telephone: (612) 596-4092
Email: kmbaxter-kauf@locklaw.com

*Counsel for Plaintiff and Proposed Class*

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

*/s/ Justina K. Sessions*
Justina K. Sessions, SBN 270914
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Facsimile: (415) 947-2099
Email: jsessions@wsgr.com

Jonathan M. Jacobson, New York SBN 1350495
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7758
Facsimile: (212) 999-5899
Email: jjacobson@wsgr.com

*Counsel for Defendant Google LLC*

JOINT STIPULATION AND [PROPOSED]
ORDER

-4-

CASE NO.: 4:21-CV-00801-HSG

**FILER'S ATESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Justina K. Sessions attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: March 19, 2021                    By: */s/ Justina K. Sessions*
                                         Justina K. Sessions, SBN 270914

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| KIMBERLY NEGRON, on behalf of herself and all others similarly situated,  ) ) ) | Case No.:  4:21-cv-00801-HSG |
| Plaintiff,  ) ) ) ) | **[PROPOSED] ORDER REGARDING COMPLAINT RESPONSE DEADLINES** |
| v.  ) ) | |
| GOOGLE LLC,  ) ) ) | |
| Defendant.  ) ) ) | |

The parties having stipulated that Defendant's time to respond to the Complaint in this case should be extended to June 14, 2021, and good cause appearing therefor, it is hereby ORDERED that the time for Defendant to respond to the Complaint is extended to June 4, 2021, Plaintiff's time to respond to any motion to dismiss is August 3, 2021, and any reply brief will be due September 3, 2021.

Dated:  March __, 2021

_____

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE