UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY NEGRON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 4:21-cv-00801-HSG<br><br>**ORDER REGARDING COMPLAINT RESPONSE DEADLINES (as modified)** |

The parties having stipulated that Defendant's time to respond to the Complaint in this case should be extended to June 4, 2021, and good cause appearing therefor, it is hereby ORDERED that the time for Defendant to respond to the Complaint is extended to June 4, 2021, Plaintiff's time to respond to any motion to dismiss is August 3, 2021, and any reply brief will be due September 3, 2021.

Dated: 3/23/2021

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE