Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Kimberly Negron, on behalf of herself and all others similarly situated,

    Plaintiff(s),

v.

Google LLC

    Defendant(s).

Case No: 4:21-cv-00801-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER (CIVIL LOCAL RULE 11-3)

I, Heidi M. Silton, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Kimberly Negron in the above-entitled action. My local co-counsel in this case is Pamela Markert, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 100 Washington Ave. S., Suite 2200<br>Minneapolis, MN 55401 | 595 Market Street, Suite 1350<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (612) 339-6900 | (415) 977-2228 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| hmsilton@locklaw.com | pmarkert@cerallp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 025759X.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/31/2021

                              Heidi M. Silton
                                APPLICANT

# ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Heidi M. Silton is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/31/2021

                              *Haywood S. Gilliam Jr.*
                              UNITED STATES DISTRICT JUDGE

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

HEIDI MARIE SILTON

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 27, 1995

Given under my hand and seal of this court on

March 09, 2021

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration