1  Justina K. Sessions, SBN 270914
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   One Market Plaza
3  Spear Tower, Suite 3300
   San Francisco, California 94105
4  Telephone: (415) 947-2197
5  Facsimile: (415) 947-2099
   Email: jsessions@wsgr.com
6
7  Jonathan M. Jacobson, New York SBN 1350495
   WILSON SONSINI GOODRICH & ROSATI
8  Professional Corporation
   1301 Avenue of the Americas, 40th Floor
9  New York, New York 10019
   Telephone: (212) 497-7758
10 Facsimile: (212) 999-5899
11 Email: jjacobson@wsgr.com

12 *Counsel for Defendant Google LLC*

13

14                     **UNITED STATES DISTRICT COURT**

15                     **NORTHERN DISTRICT OF CALIFORNIA**

16                              **(OAKLAND DIVISION)**

17 KIMBERLY NEGRON, on behalf of herself and       Case No. 4:21-cv-00801-HSG
   all others similarly situated,
18                                                 **DECLARATION OF JUSTINA K.**
19                Plaintiff,                       **SESSIONS IN SUPPORT OF**
                                                   **DEFENDANT GOOGLE LLC'S**
20 v.                                              **ADMINISTRATIVE MOTION TO**
                                                   **CONTINUE CASE MANAGEMENT**
21 GOOGLE LLC,                                     **CONFERENCE**
22                Defendant.
                                                   Judge:    Hon. Haywood S. Gilliam, Jr.
23                                                 Date:     May 6, 2021
                                                   Time:     2:00 p.m.
24                                                 Courtroom: 2, 4th Floor
25
26
27
28

I, JUSTINA K. SESSIONS, declare as follows:

1. I am a partner with the firm Wilson Sonsini Goodrich & Rosati, P.C., counsel of record for Defendant Google LLC ("Google"). I am an attorney duly admitted to practice in the State of California and before this Court. I make this declaration in support of Google's Administrative Motion to Continue Case Management Conference. I have personal knowledge of the facts set forth below and, if called and sworn as a witness, I could and would testify competently thereto.

2. On February 5, 2021, the Court set the initial Case Management Conference ("CMC") in this matter for May 11, 2021, with the Case Management Statement due by May 4, 2021. *See* Clerk's Notice Setting Case Management Conference for Reassigned Civil Case, ECF No. 13.

3. On March 23, 2021, following the submission of the parties' stipulation, the Court entered an Order Regarding Complaint Response Deadlines (as modified), ECF No. 23, setting (1) Google's deadline to respond to Plaintiff's Complaint as June 4, 2021; (2) Plaintiff's deadline to respond to any motion to dismiss as August 3, 2021; and (3) Google's deadline for any reply brief as September 3, 2021.

4. On April 15, 2021, I met and conferred with Plaintiff's counsel (Mr. Isquith, Sr., Mr. Isquith, Jr., Ms. Markert, and Ms. Baxter-Kauf). Mr. Isquith, Sr. indicated that Plaintiff's counsel had been contacted by several people and were considering filing additional complaints that they would then seek to relate to this case. Mr. Isquith, Jr. stated that Plaintiff's counsel intended to substitute a new plaintiff in the place of Ms. Negron.

5. On April 21, 2021, I emailed Plaintiff's counsel (Mr. Isquith, Jr., Ms. Markert, and Ms. Baxter-Kauf), stating that Google intended to file a motion to continue the CMC.

6. On April 22, 2021, I met and conferred with Mr. Isquith, Jr., Ms. Markert, and Ms. Baxter-Kauf. We discussed Google's intention to move to continue the CMC. Plaintiff's counsel stated that they did not agree to Google's request. We proceeded to discuss the matters required in an initial CMC statement, including, *inter alia*, discovery, and case scheduling.

7. Google's motion to continue the CMC will not prejudice Plaintiff.  Google has taken steps to preserve potentially relevant information, and the parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information and began the meet and confer process pursuant to Fed. R. Civ. P. 26(f) and the Standing Order for All Judges of the Northern District of California.  Google will respond to the Complaint by the deadlines agreed upon by the parties and ordered by the Court.

8. Attached hereto as Exhibit A is a true and correct copy of Complaint and Jury Demand, *ECENT Corp. v. Google, LLC, et al.*, No. 5:21-cv-00251 (S.D. W. Va. Apr. 19, 2021), ECF No. 1.

9. Attached hereto as Exhibit B is a true and correct copy of Class Action Complaint, *Cliffy Care Landscaping LLC v. Facebook Inc., et al.*, No. 1:21-cv-00360-KBJ (D.D.C. Feb. 9, 2021), ECF No. 1.

10. Attached hereto as Exhibit C is a true and correct copy of Amended Complaint, *Texas v. Google LLC*, No. 4:20-cv-00957-SDJ (E.D. Tex. Mar. 15, 2021), ECF No. 77.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Santa Barbara, California on April 27, 2021.

*/s/ Justina K. Sessions*
Justina K. Sessions