1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND DIVISION)

| | |
|---|---|
| KIMBERLY NEGRON, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 4:21-cv-00801-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hon. Haywood S. Gilliam, Jr. |

Before the Court is Defendant Google LLC's Administrative Motion to Continue the Case Management Conference. The Court has considered the papers and, good cause appearing, hereby GRANTS the motion and ORDERS as follows:

In light of the unresolved pleading, venue, and coordination issues, the initial Case Management Conference set for May 11, 2021 and deadline for the submission of the parties' joint Case Management Statement on May 4, 2021 are hereby vacated. The Case Management Conference shall be continued until after the hearing date on Google's anticipated motion to dismiss the Complaint.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE