UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OA LAND DIVISION)

| | |
|---|---|
| KIMBERLY NEGRON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 4:21-cv-00801-HSG<br><br>**ORDER DENYING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hon. Haywood S. Gilliam, Jr. |

Before the Court is Defendant Google LLC's Administrative Motion to Continue the Case Management Conference. The Court has considered the papers and hereby DENIES the motion.

**IT IS SO ORDERED.**

Dated: 4/28/2021



_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE