UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY NEGRON, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>        v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No.: 4:21-cv-00801-HSG<br><br>**ORDER REGARDING SUBSTITUTION OF PARTIES** |

PURSUANT TO STIPULATION, IT IS ORDERED that SPX Total Body Fitness LLC d/b/a The Studio Empower ("SPX") is substituted as plaintiff in place of Kimberly Negron, that the case caption may be amended accordingly as follows:

| | |
|---|---|
| SPX Total Body Fitness LLC, d/b/a The Studio Empower, on behalf of itself and all others similarly situated,<br><br>            Plaintiff,<br><br>        v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No.: 4:21-cv-00801-HSG |

Dated: 5/3/2021

*/s/ Haywood S. Gilliam, Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE