| | |
|---|---|
| Solomon B. Cera, SBN 099467<br>Pamela A. Markert, SBN 203780<br>**CERA LLP**<br>595 Market St. Suite 1350<br>San Francisco, California 94105<br>Telephone: (415) 777-2230<br>Facsimile: (415) 777-5189<br>Email: scera@cerallp.com<br>Email: pmarkert@cerallp.com | Justina K. Sessions, SBN 270914<br>**WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, California 94105<br>Telephone: (415) 947-2197<br>Facsimile: (415) 947-2099<br>Email: jsessions@wsgr.com |
| *Counsel for Plaintiff SPX Total Body Fitness LLC and the Proposed Class* | *Counsel for Defendant Google LLC* |

*[Additional Counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPX Total Body Fitness LLC, d/b/a The Studio Empower, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 4:21-cv-00801-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING COMPLAINT RESPONSE DEADLINES**<br><br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 6-1(a), Plaintiff SPX Total Body Fitness LLC, d/b/a The Studio Empower ("Plaintiff" or "SPX") and Defendant Google LLC ("Defendant" or "Google") stipulate as follows:

WHEREAS, on March 19, 2021, the parties stipulated to a schedule setting Defendant's deadline to answer or otherwise respond to the complaint as June 4, 2021; Plaintiff's deadline to respond to any motion to dismiss as August 3, 2021; and Defendant's deadline to reply to any response as September 3, 2021 (ECF No. 22);

WHEREAS, on March 23, 2021, the Court entered an Order Regarding Complaint Response Deadlines (as modified) (ECF No. 23);

WHEREAS, on April 30, 2021, Google submitted a motion to the Judicial Panel on Multidistrict Litigation ("J.P.M.L.") pursuant to 28 U.S.C. § 1407 seeking centralization of related cases pending in district courts across the country and transfer to the Northern District of California, and requested that the J.P.M.L. include the above-captioned case in the MDL proceedings;

WHEREAS, on May 11, 2021, the Court held a Case Management Conference ("CMC") in this case;

WHEREAS, as suggested by the Court at the CMC. the parties have conferred and reached agreement on a modified schedule for complaint response deadlines;

NOW THEREFORE, pursuant to Civil Local Rule 6-1(a), the parties through their respective counsel hereby stipulate as follows:

Defendant's deadline to answer or otherwise respond to the complaint is August 16, 2021;

Plaintiff's deadline to respond to any motion to dismiss is October 18, 2021; and

Defendant's deadline to reply to any response is November 19, 2021.

1  **IT IS SO STIPULATED.**

2  Dated: May 14, 2021                                      Respectfully submitted,

4  */s/ Fred T. Isquith, Jr.*                                       */s/ Justina K. Sessions*
   Fred T. Isquith, Jr. (admitted *pro hac vice*)            Justina K. Sessions
5  **ISQUITH LAW**                                           **WILSON SONSINI GOODRICH & ROSATI**
   220 East 80th Street
6  New York, New York 10075                                  -and-
   Telephone: (607) 277-6513
7  isquithlaw@gmail.com                                      Jonathan M. Jacobson
                                                             NY State Bar No. 1350495
8                                                            **WILSON SONSINI GOODRICH & ROSATI**
              -and-                                          Professional Corporation
9                                                            1301 Avenue of the Americas, 40th Floor
   Solomon B. Cera, SBN 099467                               New York, New York 10019
10 Pamela A. Markert, SBN 203780                             Telephone: (212) 497-7758
   **CERA LLP**                                              Facsimile: (212) 999-5899
11 595 Market St. Suite 1350                                 Email: jjacobson@wsgr.com
   San Francisco, California 94105
12 Telephone: (415) 777-2230                                 *Counsel for Defendant Google*
   Facsimile: (415) 777-5189
13 scera@cerallp.com
14 pmarkert@cerallp.com

16 Fred T. Isquith, Sr. (*pro hac vice* forthcoming)
   Robert S. Schachter (admitted *pro hac vice*)
17 Sona R. Shah (*pro hac vice* forthcoming)
   **ZWERLING, SCHACHTER**
18 **& ZWERLING, LLP**
   41 Madison Avenue, 32nd Floor
19 New York, New York 10010
   Telephone: (212) 223-3900
20 Facsimile: (212) 371-5969
21 ftisquith@zsz.com
   rschachter@zsz.com
22 sshah@zsz.com

24 Heidi Silton (admitted *pro hac vice*)
   Kate M. Baxter-Kauf (admitted *pro hac vice*)
25 **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
   100 Washington Avenue S., Suite 2200
26 Minneapolis, Minnesota 55401-2159
   Telephone: (612) 596-4092
27 hmsilton@locklaw.com
   kmbaxter-kauf@locklaw.com
28

1  Richard Vita (*pro hac vice* forthcoming)
   **VITA LAW OFFICES, P.C.**
2  100 State Street, Suite 900
3  Boston, Massachusetts 02109
   Telephone: (617) 426-6566
4  rjv@vitalaw.com

5  *Counsel for Plaintiff and the Class*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **FILER'S ATESTATION** |
| 2 | Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Justina K. Sessions attest that |
| 3 | concurrence in the filing of this document has been obtained from each of the other signatories. |
| 4 | Dated: May 14, 2021        By: */s/ Justina K. Sessions* |
| 5 |                                              Justina K. Sessions, SBN 270914 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPX Total Body Fitness LLC, d/b/a The Studio Empower, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　Defendant. | Case No. 4:21-cv-00801-HSG<br><br>**[PROPOSED] ORDER REGARDING COMPLAINT RESPONSE DEADLINES**<br><br>Hon. Haywood S. Gilliam, Jr. |

The parties having stipulated to a modified schedule for complaint response deadlines, and good cause appearing therefor, it is hereby ORDERED that the deadline for Defendant to respond to the complaint is August 16, 2021; Plaintiff's deadline to respond to any motion to dismiss is October 18, 2021; and Defendant's deadline to reply to any response is November 19, 2021.

Dated: May __, 2021

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE