# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPX Total Body Fitness LLC, d/b/a The Studio Empower, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　Defendant. | Case No. 4:21-cv-00801-HSG<br><br>**ORDER REGARDING COMPLAINT RESPONSE DEADLINES**<br><br>Hon. Haywood S. Gilliam, Jr. |

The parties having stipulated to a modified schedule for complaint response deadlines, and good cause appearing therefor, it is hereby ORDERED that the deadline for Defendant to respond to the complaint is August 16, 2021; Plaintiff's deadline to respond to any motion to dismiss is October 18, 2021; and Defendant's deadline to reply to any response is November 19, 2021.

Dated: May 17, 2021

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE